929 A.2d 631

**Craig SAUNDERS, Appellant,**

v.

**Franklin J. TENNIS, Superintendent of S.C.I. Rockview; F.M. Doughtery, Business Office Manager of S.C.I. Rockview, Appellees.**

Supreme Court of Pennsylvania.

July 17, 2007.

## *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.